UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Eric Spruill,

        Defendant.

CASE NO. 23CR2619-TWR

**JUDGMENT OF DISMISSAL**

FILED
FEB 1 9 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_X_ the Court has dismissed the case without prejudice for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

18:922(g)(1), 924(a)(2); 18:924(d)(1), 2461(c) - Felon in Possession of a Firearm and Ammunition; Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/19/2025

Hon. Todd W. Robinson
U.S. District Judge